Angelo MARSIGLIA, alias Anthony Marsiglia, Appellant, v. UNITED STATES of America, Appellee.*

No. 5600.

Circuit Court of Appeals, Fifth Circuit.

April 11, 1930.

R. A. Dowling, of New Orleans, La., for appellant.

Edmond E. Talbot, U. S. Atty., and P. M. Flanagan, Asst. U. S. Atty., both of New Orleans, La.

Before BRYAN and FOSTER, Circuit Judges, and HOLMES, District Judge.

PER CURIAM.

The judgment is affirmed.

---

John MILLER, Appellant, v. UNITED STATES of America.

No. 8777.

Circuit Court of Appeals, Eighth Circuit.

Dec. 3, 1929.

*Rehearing denied May 12, 1930.

Frank Rader, of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.